<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARBAJO et al., | Civil Action No.: 09-5661(JLL) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING** |
| | **June 8, 2010** |
| J.C. PENNEY COMPANY INC. et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

On November 12, 2009, Plaintiffs filed a motion to remand this action to the Superior Court of New Jersey. Pursuant to 28 U.S.C. § 636 (b)(1)(B), this Court referred Plaintiffs' motion to the Honorable Claire C. Cecchi, United States Magistrate Judge. Magistrate Judge Cecchi filed a Report and Recommendation in connection with the motion, dated June 8, 2010. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

IT IS on this 24th day of June, 2010,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi dated June 8, 2010 [CM/ECF No. 19] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiffs' motions to remand [CM/ECF No. 7] is **DENIED**.

    /s/ Jose L. Linares
JOSE L. LINARES
United States District Judge